RAILROAD COMMISSION OF TEXAS ET AL. v.
HUMBLE OIL & REFINING CO.

No. 57. Argued December 12, 1940.—Decided January 6, 1941.

*Mr. James P. Hart,* Assistant Attorney General of
Texas, with whom *Messrs. Gerald C. Mann,* Attorney
General, *Edgar W. Cale, Tom D. Rowell, Jr.,* and *E. R.
Simmons,* Assistant Attorneys General, were on the brief,
for appellants. *Mr. Norman L. Meyers* was on a brief
for G. A. Sadler, appellant.

*Mr. Rex G. Baker,* with whom *Messrs. Robert E. Hard-
wicke, E. E. Townes,* and *R. E. Seagler* were on the brief,
for appellee.

MR. JUSTICE FRANKFURTER delivered the opinion of the
Court.

This case is a companion case to *Railroad Commission
v. Rowan & Nichols Oil Co., ante,* p. 570. There are
minor variations in the facts of the two cases, but not of
sufficient moment to call for particularization. The
decision in the *Rowan & Nichols* case is decisive of this.
The decree is vacated and the case is remanded to the
district court for dismissal of the complaint.

*Vacated.*

The CHIEF JUSTICE, MR. JUSTICE McREYNOLDS and MR.
JUSTICE ROBERTS dissent.